# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| (1) STONETOWN INVESTORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>(1) ARROWWOOD MOBILE HOME PARK, LLC; (2) JACOBY & LOVETT ENTERPRISES, LLC; (3) JEREMY JACOBY; and (4) JERAD LOVETT,<br><br>Defendants. | Case No. CIV-2012- 740-R |

## SUMMONS IN A CIVIL ACTION

To:   (*Defendant's name and address*)

Arrowwood Mobile Home Park, LLC
c/o Jeremy Jacoby
1095 Dutch Road
Fairview, PA  16415

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susanna M. Gattoni
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
Chase Tower, 100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

SUMMONS ISSUED:

**3:12 pm, Jun 29, 2012**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

Signed and sealed by the Clerk of the Court or Deputy Clerk.

684584.1:735348:01010

AO44(Rev.02/09)Summons in a Civil Action

Civil Action No. CIV-2012-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

 ☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

 ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

 ☐ I served the summons on *(name of individual)* _____ who is designated by
law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

 ☐ I returned the summons unexecuted because _____; or

 ☐ Other *(specify)*:



My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____         _____
                          Server's signature

                      _____
                           Printed name and title

                      _____
                           Server's address

Additional information regarding attempted service, etc.:

AO44(Rev.02/09)Summons in a Civil Action
Civil Action No. CIV-2012-

684584.1:735348:01010

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

(1) STONETOWN INVESTORS, LLC, )
)
Plaintiff, )
)
v. )
)
(1) ARROWWOOD MOBILE HOME ) Case No. CIV-2012- 740-R
PARK, LLC; (2) JACOBY & LOVETT )
ENTERPRISES, LLC; (3) JEREMY )
JACOBY; and (4) JERAD LOVETT, )
)
Defendants. )

## SUMMONS IN A CIVIL ACTION

To: (*Defendant's name and address*)

Jacoby & Lovett Enterprises, LLC
c/o Jerad Lovett
14383 Old Barn Road
Edmond, OK 73025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susanna M. Gattoni
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
Chase Tower, 100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SUMMONS ISSUED:*

**3:12 pm, Jun 29, 2012**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*   684579.1:735348:01010

AO44(Rev.02/09)Summons in a Civil Action

Civil Action No. CIV-2012-

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐   I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____ who is designated by
law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐   I returned the summons unexecuted because _____; or

☐   Other *(specify)*:


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                      *Server's signature*

                                                      _____
                                                      *Printed name and title*

                                                      _____
                                                      *Server's address*

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

(1) STONETOWN INVESTORS, LLC, )
)
Plaintiff, )
)
v. )
)
(1) ARROWWOOD MOBILE HOME ) Case No. CIV-2012- 740-R
PARK, LLC; (2) JACOBY & LOVETT )
ENTERPRISES, LLC; (3) JEREMY )
JACOBY; and (4) JERAD LOVETT, )
)
Defendants. )

## SUMMONS IN A CIVIL ACTION

To:  (*Defendant's name and address*)

Jeremy Jacoby
1095 Dutch Road
Fairview, PA  16415

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Susanna M. Gattoni
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
Chase Tower, 100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

SUMMONS ISSUED:

*3:13 pm, Jun 29, 2012*

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*                                                     684582.1:735348:01010

AO44(Rev.02/09)Summons in a Civil Action

Civil Action No. CIV-2012-

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ who is designated by
law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐  I returned the summons unexecuted because _____; or

☐  Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

684582.1:735348:01010

AO44(Rev.02/09)Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

(1)  STONETOWN INVESTORS, LLC,    )
                                  )
                    Plaintiff,    )
                                  )
v.                                )
                                  )      Case No. CIV-2012- 740-R
(1)  ARROWWOOD MOBILE HOME        )
PARK, LLC; (2) JACOBY & LOVETT    )
ENTERPRISES, LLC; (3) JEREMY      )
JACOBY; and (4) JERAD LOVETT,     )
                                  )
                    Defendants.   )

**SUMMONS IN A CIVIL ACTION**

To:   (*Defendant's name and address*)

   Jerad Lovett
   14383 Old Barn Road
   Edmond, OK  73025

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Susanna M. Gattoni
   Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
   Chase Tower, 100 North Broadway, Suite 2900
   Oklahoma City, OK  73102-8865

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

SUMMONS ISSUED:

**3:13 pm, Jun 29, 2012**

ROBERT D. DENNIS, Clerk

By: _____
       Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*                                            684581.1:735348:01010

AO44(Rev.02/09)Summons in a Civil Action

Civil Action No. CIV-2012-

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐      I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐      I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐      I served the summons on *(name of individual)* _____ who is designated by

law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐      I returned the summons unexecuted because _____; or

☐      Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                            _____
                                                                         *Server's signature*

                                                            _____
                                                                       *Printed name and title*

                                                             _____
                                                                           *Server's address*

Additional information regarding attempted service, etc.:

684581.1:735348:01010