# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **STONETOWN INVESTORS, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. CIV-12-740-R |
| | ) | |
| **ARROWWOOD MOBILE HOME** | ) | Date of Conference |
| **PARK, LLC, et al.,** | ) | Tuesday 8/6/13 at 1:30 p.m. |
| | ) | Statements due by noon 8/1/13 |
| **Defendants.** | ) | |

## SETTLEMENT CONFERENCE ORDER

**The following are <u>mandatory</u> guidelines for the parties in preparing for the settlement conference.**

**1.    PURPOSE OF CONFERENCE:** The purpose of the settlement conference is to permit an informal discussion between the attorneys, parties, non-party indemnitors or insurers, and the settlement judge of every aspect of the lawsuit. This process provides the advantage of permitting the settlement judge to privately express his or her views concerning the parties' claims. The settlement judge may, in his or her discretion, converse with the lawyers, the parties, the insurance representatives, or any one of them outside the hearing of the others. The settlement conference provides the parties with an enhanced opportunity to settle the case, due to the assistance rendered by the settlement judge.

**2.    FULL SETTLEMENT AUTHORITY REQUIRED:** In addition to lead counsel who will try the case, a person with full settlement authority <u>must</u> be present for the conference. This requires the presence of your client or clients or, if a corporation or governmental entity, an authorized representative of your client, who is not a lawyer who has entered an appearance in the case. A business decision-maker with a law degree, who has not entered an appearance, may be the designated person with settlement authority.